

11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

In the interest of E.B.N.R., a child,     * From the 318th District Court
                                            of Midland County,
                                            Trial Court No. FM58,482.

No. 11-16-00086-CV                        * July 28, 2016

                                          * Per Curiam Memorandum Opinion
                                            (Panel consists of: Wright, C.J.,
                                            Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed.   Therefore, in accordance with this court's opinion, the appeal is dismissed.